(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

2008 AUG 22 PM 1:39

Gina A DuBois

_____

(Name of Plaintiff or Plaintiffs)

CIVIL ACTION No. 08-535

v.

Archway Cookies LLC

_____

(Name of Defendant or Defendants)

## COMPLAINT UNDER TITLE VII

## OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. $\S$2000e-5. Equitable and other relief are also sought under 42 U.S.C. $\S$2000e-5(g).

2. Plaintiff resides at __178 Clemenvia Road__
   (Street Address)
   __Earleville__  __Cecil__  __MD__  __21919__
   (City)    (County)  (State)  (Zip Code)
   __410-275-8352__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __2041 Claremont Ave__
   (Street Address)
   __Ashland__  _____  __Ohio__  __44805__
   (City)    (County)  (State)  (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's __Archway Cookies__ place of business
   (Defendant's Name)
   located at __2041 Claremont Ave__
   (Street Address)
   __Ashland__  _____  __OH__  __44805__
   (City)    (County)  (State)  (Zip Code)

5.   The alleged discriminatory acts occurred on __01__, __18__, __2007__.
                                                 (Day)  (Month)  (Year)

6.   The alleged discriminatory practice  ○ is  ✓ is not continuing.

7.   Plaintiff filed charges with the Department of Labor of the State of Delaware,

| (Agency) | (Street Address) | (City) |

| (County) | (State) | (Zip Code) |

, regarding defendant's alleged discriminatory conduct on __9__, __24__, __07__.
                                                        (Day)  (Month)  (Year)

8.   Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on: __09__, __24__, __07__
                                                                              (Day)  (Month)  (Year)

9.   The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: __6__, __2__, __08__.
                                                                    (Day)  (Month)  (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10.  The alleged discriminatory acts, in this suit, concern:
     A.  ○  Failure to employ plaintiff.
     B.  ○  Termination of plaintiff's employment.
     C.  ○  Failure to promote plaintiff.
     D.  ✓  Other acts (please specify below)

Sex

Redaliation

11. Defendant's conduct is discriminatory with respect to the following:
   A. ○ Plaintiff's race
   B. ○ Plaintiff's color
   C. ✓ Plaintiff's sex
   D. ○ Plaintiff's religion
   E. ○ Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

*THEREFORE*, **Plaintiff prays as follows: (Check appropriate letter(s))**

   A. ✓ That all fees, cost or security attendant to this litigation be hereby waived.
   B. ○ That the Court appoint legal counsel.
   C. ○ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 8/20/08

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>X EEOC | CHARGE NUMBER<br>530-2007-04444 |
|---|---|---|

and EEOC

Delaware Department of Labor
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* <br> Mrs. Gina D. DuBois | HOME TELEPHONE *(Include Area Code.)* <br> (410) 275-8352 | |
|---|---|---|
| STREET ADDRESS <br> 178 Clemencia Road | CITY, STATE AND ZIP CODE <br> Earleville, Maryland 21919 | DATE OF BIRTH <br> 07/20/1955 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME <br> Archway Cookies, LLC | NUMBER OF EMPLOYEES, MEMBERS <br> 5,000 (approx.) | TELEPHONE *(Include Area Code.)* <br> (800) 289-0787 |
|---|---|---|
| STREET ADDRESS <br> 2041 Claremont Avenue | CITY, STATE AND ZIP CODE <br> Ashland, Ohio 44805 | COUNTY <br> Ashland |
| NAME | TELEPHONE NUMBER *(Include Area Code.)* | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es).)* <br> ☐ RACE ☐ COLOR X SEX ☐ RELIGION ☐ AGE <br> X RETALIATION ☐ NATIONAL ☐ DISABILITY ☐ OTHER (Specify.) <br> ORIGIN | DATE DISCRIMINATION TOOK PLACE *(ADEA/EPA)* <br> EARLIEST 01/18/2007 *(EARLIEST)* <br> LATEST (ALL) 05/17/2007 *(LATEST)* <br> X CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**A. Brief Employment History and Issue(s) and Date(s) of Discrimination.** I am a female who was employed by Archway Cookies, LLC ("Archway") and its predecessors from mid-April of 2000 to May 17, 2007. For the past five years, I served as an Archway Salesperson and Delivery Driver, servicing Pathmark Stores, Inc.'s grocery stores and other stores throughout most of Delaware and in parts of Maryland. I was Archway's only female representative in my territory which included four Delaware Pathmark stores: Wilmington, Kirkwood Highway, Newark, and Sunset Boulevard in New Castle. Since 2000, I was never disciplined by nor received a negative performance evaluation from Archway. Nor had I ever received a complaint from any customer or employee of Pathmark or Archway's other clients.

   1. **Harassing Statements and Actions.** Previously, in January of 2006, a male, Larry Clair, Pathmark's then Grocery Manager at the Wilmington Pathmark on Lancaster Pike met with Archway's District Manager Bob Kinsey, a male, to discuss service complaints against other Archway Salespeople assigned to the store prior to me. At that time, Clair told me to "Get the fuck out of my office!" He also admitted, "I don't even want to talk to you!"

   While at the Wilmington store, Clair verbally abused me and also called me the "worst person in the world." For a while, I was able to avoid further discriminatory conduct by him when he was transferred to Pathmark's Sunset Boulevard store in November of 2006. Though I also serviced that store, I avoided Clair by delivering there on Thursdays before 11 a.m. when Clair's shift began. This alleviated the problem for a few months.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) <br><br> I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| Date    See Page 2. <br> Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (Day, month, and year) |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>X EEOC | CHARGE NUMBER |
|---|---|---|

and EEOC

## Delaware Department of Labor
*State or local Agency, if any*

THE PARTICULARS ARE *(Continued from previous page):*

However, on Thursday, January 18, 2007, I returned to the Sunset Boulevard store to make my regularly reoccurring delivery for Archway. At that time, a receiver named John told me, "You can't serve the store. Talk to Larry Clair." Not allowed to enter the store, I completed the task of accepting returns. Strangely, the items that Clair instructed the receiver to return to me were not out-of-date, and thus should have been retained and sold by Pathmark. As I left, I told him that my District Manager Bob Kinsey would call Clair. Clair never prohibited similarly situated male co-workers from entering and servicing the store.

    **a. Persons in Authority Aware of the Statements or Actions.** I reported the sex discrimination by Clair to Kinsey. The next day, Kinsey told me that his son, Robbie, a male, would meet me at the same Pathmark to make the delivery. I asked if Clair was having a problem. Kinsey told me, "Apparently so." So Robbie met me at the store and asked me to remain in my delivery truck. He told me that Clair does not want a female servicing the store. Regarding Clair, he acknowledged, "That man really does have a problem with women."

**B. Respondent's Agents Making or Communicating Discriminatory Decision(s) and Reason(s) Provided.** On January 25, 2007, Bob Kinsey told me that Clair doesn't want a woman in the store. He instructed me that on Wednesdays between 10 and 11 a.m., Robbie would meet me at the Sunset Boulevard store to make my delivery there for me. Clair continued to forbid me from entering the Sunset Boulevard store.

Then beginning in approximately April of 2007, Archway stopped paying me. Archway's Cheryl Boggs told me that I would have to complete certain paperwork to resume receiving my paychecks. Even after I completed a W-4 form, Archway did not issue me a paycheck for five weeks until June 1, 2007.

Prohibited from doing my job because of my sex, female, unsupported by my management at Archway who allowed Pathmark to continue to discriminate against me because of my sex, and retaliated against for complaining of the harassment because of sex to my District Manager by not being paid unlike my similarly situated male co-workers, I was forced to resign from Archway on May 17, 2007.

**C. Bases and Statutes Violated and Rationale for Conclusion of Discriminatory Motivation.** I have been discriminated against because of my sex, female, and in retaliation for complaining of the harassment based on sex to my District Manager, all in violation of Title VII.

    **1. Policies / Practices Not Followed.** In addition to Title VII, Archway's and Pathmark's policies and practices prohibit harassment because of sex and all other forms of sex discrimination against women in the workplace. These policies and practices were violated first when I was prohibited from entering and making deliveries to the Pathmark store and then again when Archway management allowed this to repeatedly occur.

    **2. Names, Job Titles, and EEO Categories of Comparators Receiving More Favorable Treatment.** My male co-workers, including Salesperson and Delivery Driver Robbie Kinsey, were allowed to enter and make deliveries to Pathmark and were not prohibited from doing so by Larry Clair, Bob Kinsey, Pathmark, or Archway.

    **3. Decisionmaker's Statements Indicating a Bias Against the EEO Categories Forming the Bases of the Charge.** Again in January of 2006, Clair previously told me to "Get the fuck out of my office!" He also admitted, "I don't even want to talk to you!" In 2006, while at the Wilmington store, Clair verbally abused me and also called me the "worst person in the world." Again on January 19, 2007, Robbie Kinsey told me that Clair does not want a female servicing the Pathmark store. Regarding Clair, Robbie Kinsey acknowledged, "That man really does have a problem with women."

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*[signature]*<br><br>Date 9/24/07    Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Philadelphia District Office

# INFORMATION ABOUT THE WAY YOUR CHARGE WILL BE

# PROCESSED AND YOUR PRIVATE SUIT RIGHTS

EEOC enforces four laws: Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), which prohibits discrimination in employment because of race, sex, color, religion and national origin; the Age Discrimination in Employment Act, as amended ("ADEA"), which prohibits employment discrimination against persons aged 40 and above; the Equal Pay Act ("EPA"), which prohibits differentials in compensation on the basis of sex; and the Americans with Disabilities Act ("ADA"), which prohibits discrimination against qualified individuals with disabilities (mental and physical) who, with or without reasonable accommodation, can perform the duties of the job in question. EEOC processes claims by employees (current or former) or applicants for employment:

## What You Can Expect After Your Charge Is Filed

All incoming written complaints, whether received by mail or in person, receive an inquiry number. When your charge has been docketed (officially filed) with the EEOC, that inquiry number is converted to a charge number. If you file your charge in person, you will normally receive a charge number at the time you sign your charge. If you file by mail you will be notified in writing of your charge number after we have received your signed charge.

**When you receive correspondence from EEOC confirming that your charge has been docketed and stating "you need do nothing further at this time," you will know that the Respondent was sent a copy of the charge at the same time.** If the charge is suitable for mediation and the Respondent indicates an interest in mediating, you will be contacted to determine your interest in mediation so that a mediation conference may be scheduled. We will make every attempt to negotiate an agreement that is acceptable to both you and the Respondent. If an agreement is reached, it will be prepared in writing to be signed by you, the Respondent and EEOC. If the charge is not settled, it will be investigated, although the Commission will continue to make settlement efforts as appropriate.

The time span from the date a charge is filed to its assignment to an Investigator varies, but there may be considerable delay because of the volume of charges. Since each Investigator has many charges in his/her caseload, there will probably be a further delay after assignment before the investigation of your charge is completed. The Investigator will contact you and provide you with his/her name and telephone number when the case is assigned and will contact you when necessary during the course of the investigation. Your patience and cooperation during the processing of your charge will be greatly appreciated.

You are expected to assist in the investigation by providing supporting data for your allegations and any other information requested by the Investigator. When the Respondent submits a formal response to your charge, we will provide you with a detailed explanation of the Respondent's position. We will ask you to tell us what portions of the response are accurate and what portions are not accurate, and to call our attention to any evidence you are aware of that will contradict the Respondent's response to EEOC.

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Philadelphia District Office

You should keep the following records: 1) documents in support of your allegations; 2) records indicating any expenses or losses resulting from the alleged discrimination (e.g., medical bills, job training expenses); and 3) records of subsequent wages earned as well as your attempts to lessen the amount of money that would accrue to you if a violation of law was found (e.g., attempts to obtain employment if your claim was that you were not hired or that you were fired).

Because we will need to contact you from time to time, we need you to keep us informed in writing of any changes in your address or telephone number. Furthermore, you should submit any additional information in writing so that it can be made a permanent part of the record. Any time you submit something to EEOC, we need you to clearly indicate your charge number on the material so it can reach your file.

Because of our workload and limited resources, there are inevitable delays. We ask you to be patient. The Investigator's time is urgently needed to process charges. We appreciate your consideration in not calling us frequently about the status of your charge. We will notify you about any significant change in the status. Any time we need any information from you, your Investigator or a Supervisor will be sure to contact you.

Whatever else we do in connection with processing your charge, we will always notify you of the final disposition of your charge in writing. Settlements negotiated for you by EEOC are always reduced to writing. Dismissal notices are always in writing. When we believe a violation of the law has occurred, our determination is always in writing. A copy of our final action with respect to your charge is sent to you and to the Respondent named in your charge.

Just as, at the time your charge is first filed, we cannot predict what case processing steps the EEOC will take to investigate your charge, we cannot predict what our final action will be with respect to your charge. Here are a few possible outcomes:

- We may negotiate a settlement of your charge. If an agreement is reached, it will be prepared in writing to be signed by you, the Respondent and EEOC. EEOC will monitor compliance with the agreement.

- You may negotiate a settlement of your charge directly with the Respondent. We ask that you inform us of the settlement, assure us that the agreement is voluntary and tell us the terms of the settlement. We will stop processing your charge on the basis of the settlement.

- You may decide that you wish to proceed to Federal Court on your own. If so, please see the section relating to private suit rights.

- If we close your charge for any reason other than a settlement, we will do so in writing and issue you a Notice of Right to Sue or other closure notice, as appropriate.

- If we determine that a violation of one of the laws that we administer has occurred, we will send you and the Respondent a written Letter of Determination. We will then make a final attempt to settle your charge. If this attempt (called "conciliation") fails, we will decide whether or not to litigate the charge on your behalf. Where the Respondent is a unit of State or local government and you have filed under Title VII or the ADA, we must refer your file to the U. S. Department of Justice, which will decide whether it wishes to litigate your charge or not. Should EEOC or the Department of Justice decide not to litigate your charge for you, you will receive a Notice of Right

2

**U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

to Sue, which you will have 90 days from date of receipt to act on. Should you need help finding legal counsel, call our Legal Unit and we will provide you with the names of attorneys who have indicated an interest in litigating cases in this area of the law. Should EEOC or Justice decide to litigate your charge for you, please cooperate fully in the litigation process.

**Important Note**:

Because of the high volume of charges filed in the Philadelphia District Office, we transfer some charges each year to the Pittsburgh Area Office and/or the Cleveland Field Office for investigation. Both these offices are part of the Philadelphia District and have similar case-processing procedures. Furthermore, these offices have lower inventories than Philadelphia and the transfers normally result in speedier resolutions of both the charges sent to those offices and the charges retained in the Philadelphia District Office. You will be notified in writing if your charge is transferred to either of those offices.

**Your Private Suit Rights**

The following are your rights under the laws administered by EEOC concerning filing a private lawsuit in U.S. District Court.

- YOUR PRIVATE SUIT RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT ("TITLE VII") -

A Title VII charge preserves your right to sue the Respondent named in your charge. Upon receipt of a Notice of Right to Sue, aggrieved persons can sue for backpay, compensatory and punitive damages, appropriate make-whole relief or other injunctive relief, and attorney's fees (including expert fees) and costs.

There are a number of circumstances in which we will give you a Notice of Right to Sue. You must then file a lawsuit in U.S. District Court within 90 days from the Notice if you wish to enforce your rights in court. Once this 90-day period is over, your right to sue is lost. EEOC may give you a Notice of Right to Sue in the following circumstances:

- If You Ask for a Notice of Right to Sue. You may not wish to wait for EEOC to complete its investigation or you may have retained an attorney who is recommending that you sue now. You can obtain a Notice of Right to Sue by writing to the EEOC Office where your charge is filed and requesting that EEOC issue the Notice to you, even though we have not completed the investigation. EEOC will issue a Notice to you 180 days after you filed your charge. (In some cases, if you ask, we can issue the Notice to you earlier, if we know the investigation will take a long time to complete.) In most cases, upon issuance of the Notice, no further processing will take place and the charge will be closed.

- If EEOC Finds No Violation with Respect to the Allegation in your Charge. Before this happens, we will give you an opportunity to provide additional evidence. When the investigation is over, the director will issue a "Dismissal and Notice of Rights" stating that there are no violations. This Dismissal will notify you of your right to sue within 90 days.

- If EEOC Finds a Violation, Cannot Obtain Relief and Decides Not to Sue on Your Behalf. When EEOC finds a violation and does not succeed in obtaining relief from the Respondent, the case is reviewed by EEOC to determine whether a suit will be filed on your behalf by EEOC. Remember,

3

## U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Philadelphia District Office

if the charge is filed under Title VII or the ADA and the Respondent is a unit of State or local government, the decision to file suit must be made by the U. S. Department of Justice. If neither EEOC nor the Justice Department decides to file suit, you will be given your Dismissal and Notice of Rights within 90 days.

- <u>If Your Charge is Dismissed for Other Reasons</u>. EEOC Regulations require a charge to be dismissed when the law does not apply to your case or when it is not possible to continue because of an inability to locate you, because you did not cooperate in some way necessary to the case, or because you did not accept a settlement offer which afforded you full relief for the harm you alleged. EEOC's Dismissal and Notice of Rights will notify you of your right to sue within 90 days.

- YOUR PRIVATE SUIT RIGHTS UNDER THE AMERICANS WITH DISABILITIES ACT ("ADA") -

Your private suit rights under the ADA are identical to the private suit rights described for charges filed under Title VII.

- YOUR PRIVATE SUIT RIGHTS UNDER
THE AGE DISCRIMINATION IN EMPLOYMENT ACT ("ADEA") -

If you filed a charge within 300 days of the alleged discrimination, you may file a private lawsuit without requesting authorization to do so from EEOC at any time from 60 days after you filed your charge <u>until</u> 90 days after you receive a notice from EEOC that it has completed processing of your charge. This applies to all charges, including those filed against public employers. Any person aggrieved covered by the charge may sue for recovery of backpay, an equal amount as liquidated damages, appropriate make-whole relief or injunctive relief, and attorney fees and court costs, as appropriate.

Once 90 days have passed from your receipt of an EEOC Dismissal, your right to sue is lost. The reasons described above under "TITLE VII SUIT RIGHTS" as to why you may receive notice of your private suit rights apply to ADEA charges, except for the first one, "If you ask for a Notice of Right to Sue."

- YOUR PRIVATE SUIT RIGHTS UNDER THE EQUAL PAY ACT ("EPA") -

If you have a claim under the EPA, you must file suit within 2 years of the alleged discrimination (3 years in cases of willful violations) to enforce your rights in court. Backpay you believe is due for work performed more than 2 years ago may be uncollectible. You may bring suit on your own behalf and on behalf of other similarly situated employees for the amount of wages underpaid, an equal amount as liquidated damages, plus attorney fees and court costs, as appropriate. You do not have to wait for EEOC to act before you sue. No "Right to Sue" letter is needed.

(EEOC 7/2/07)



# U.S. Equal Employment Opportunity Commission
## Philadelphia District Office

801 Market Street
Suite 1300
Philadelphia, PA 19107
(215) 440-2602
TDD: 1-800-669-6820
FAX (215) 440-2604
1-800-669-4000

Respondent: ARCHWAY COOKIES, LLC
EEOC Charge No.: 530-2007-04444
FEPA Charge No.:

October 31, 2007

Gina D. DuBois
178 Clemencia Road
Earleville, MD 21919

Dear Ms. Du Bois:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

- [X]   Title VII of the Civil Rights Act of 1964 (Title VII)
- [ ]   The Age Discrimination in Employment Act (ADEA)
- [ ]   The Americans with Disabilities Act (ADA)
- [ ]   The Equal Pay Act (EPA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]   Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.
Delaware Department of Labor, Office of Discrimination
DDOL Discrimination
4425 Market Street
Wilmington, DE 19802

Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

*Joan D. Smitter*

William D. Cook
Enforcement Manager
(215) 440-2634

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

EEOC Form 161 (r 2/17/08)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Gina DuBois<br>178 Clemencia Road<br>Earleville, MD 21919 | From: Equal Employment Opportunity Commission<br>Philadelphia District Office<br>801 Market Street, Suite 1300<br>Philadelphia, PA  19107-3127 |

[ ]  *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2007-04444 | Legal Unit | (215) 440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ]  Your charge was not timely filed with EEOC.  In other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____       June 2, 2008
Marie M. Tomasso, District Director        *(Date Mailed)*

Enclosure(s)
   Information Sheet
cc:   Archway Cookies, LLC
      John LaRosa, Esquire  (For Charging Party)
      John H. Douglas, Esquire  (For Respondent)

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --** **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: backpay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 -- *not* 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA backpay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

08-535

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provid by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiati the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gina D DuBois

## DEFENDANTS
Archway Cookies LLC

(b) County of Residence of First Listed Plaintiff: Cecil County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Me

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaint and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Ac |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | | ☐ 900Appeal of Fee Determinatio Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 US 2000e-5 g
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 8/22/08
SIGNATURE OF ATTORNEY OF RECORD: Gina D DuBois

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____