IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GINA D. DUBOIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-535-JAP |
| | ) |
| ARCHWAY COOKIES, LLC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 4th day of September, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

/s/ JOEL A. PISANO
United States District Judge